**Order entered January 18, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01571-CV

### JOANN SEMPLE AND CAROL MATTHEWS, Appellants

### V.

### FRED VINCENT, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11180**

## ORDER

Before the Court is appellants' January 13, 2017 unopposed motion to extend time to file appellants' reply brief. Appellants' motion is **GRANTED**. Appellants' reply brief shall be filed by January 31, 2017.

/s/  CRAIG STODDART
    JUSTICE